**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-6087**

_____

ANTHONY LLOYD,

        Plaintiff - Appellant,

    v.

GARRETT GLENNON, Deputy State's Attorney for Baltimore County, Maryland;
J. PHILIP MORGAN,

        Defendants - Appellees,

    and

WEXFORD HEALTH SOURCE, INC.; CONTAH NIMELY, M.D.; LORI
SLAVICK, P.A.,

        Defendants.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.
James K. Bredar, Chief District Judge. (1:16-cv-02160-JKB)

_____

Submitted: May 17, 2018                      Decided: May 21, 2018

_____

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Anthony Lloyd, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lloyd seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2012) action against some, but not all, Defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Lloyd seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*